WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES OSTERHOUDT (SBN 215537)
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Tel: (415) 664-4600
Fax: (415) 664-4691
Email: Osterhoudt@aol.com

Attorneys for Defendant,
ARIE PRILIK

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MENDEL BEKER, ARIE PRILIK, and NEWCON INTERNATIONAL, INC,<br><br>   Defendants. | CASE NO. CR-07-0765 MHP<br><br>(EMC)<br><br>**Stipulation Regarding Defendant's Request to Travel and [Proposed] Travel Order** |

   Defendant Arie Prilik and Plaintiff United States of America, by and through their counsel of record, William L. Osterhoudt and Jeane Hamilton, Attorney for the Department of Justice, Antitrust Division, stipulate and agree that Mr. Prilik may leave the Northern District of California to travel to Los Angeles, California between the dates of Saturday, May 15, 2010 and Monday, May 17, 2010, to visit with his cousin, Mr. Tal Levit, and Mr. Levit's wife, Orit Levit.  Mr. Prilik will be

staying at the home of the Levits located at: 5460 Meadow Vista Way, Agoura Hills, California 91301. Defendant Prilik provided this proposed itinerary to Pretrial Services Officer Josh Libby, and Mr. Libby has indicated that he is not opposed to this travel.

Dated:  April 27, 2010        Respectfully submitted,


   /s/  William L. Osterhoudt
  William L. Osterhoudt, Esq.
  Attorney for Defendant Arie Prilik



Dated:  April 28, 2010        ___/s/_____
  Jeane Hamilton, Esq.
  Attorney
  Department of Justice, Antitrust Division

2

Stipulation Regarding Defendant's Request to Travel and [Proposed] Travel Order, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP (EMC)

# TRAVEL ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that defendant Arie Prilik may travel from the Northern District of California to Los Angeles, California on Saturday, May 15, 2010 to visit his cousin Tal Levit, and Mr. Levit's wife Orit Levit, returning to San Francisco on Monday, May 17, 2010. Mr. Prilik will be staying at the home of the Levits during this travel, located at: 5460 Meadow Vista Way, Agoura Hills, California 91301.

Dated: 5/3/10

_____
MAGISTRATE JUDGE EDWARD M. CHEN



Stipulation Regarding Defendant's Request to Travel and [Proposed] Travel Order, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP (EMC)