WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES OSTERHOUDT (SBN 215537)
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Tel: (415) 664-4600
Fax: (415) 664-4691
Email: Osterhoudt@aol.com

Attorneys for Defendant,
ARIE PRILIK

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MENDEL BEKER, ARIE PRILIK, and NEWCON INTERNATIONAL, INC,<br><br>    Defendants. | CASE NO. CR-07-0765 MHP<br><br>(EMC)<br><br>**Stipulation Regarding Amending the Conditions of Defendant Prilik's Pretrial Release to Permit Travel to the Central District of California and [Proposed] Order** |

    Defendant Arie Prilik and Plaintiff United States of America, by and through their counsel of record, William L. Osterhoudt and Jeane Hamilton, Attorney for the Department of Justice, Antitrust Division, stipulate and agree that the terms of Mr. Prilik's pretrial release may be amended to allow the defendant to travel to the Central District of California (Los Angeles area) to visit with his cousin, Mr. Tal

1

Stipulation Regarding Amending the Conditions of Defendant Prilik's Pretrial Release to Permit Travel to the Central District of California and [Proposed] Order, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP (EMC)

Levit, and Mr. Levit's wife, Orit Levit, with the approval of Pretrial Services , and upon notice to the government as specified herein.

Defendant Prilik shall provide an itinerary to, and obtain approval from, Pretrial Services in advance of any such travel.  Mr. Prilik shall provide a minimum of 72 hours notice to the Antitrust Division and the FBI in advance of any such travel.

Pretrial Services is amenable to this modification of defendant Prilik's conditions of release.

Dated:  May 5, 2010			respectfully submitted,


  /s/  William L. Osterhoudt
William L. Osterhoudt, Esq.
Attorney for Defendant Arie Prilik


Dated:  May 11, 2010			_/s/_____
Jeane Hamilton, Esq.
Attorney
Department of Justice, Antitrust Division

# ORDER OF THE COURT

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the terms of defendant Arie Prilik's pretrial release are amended to permit Mr. Prilik to travel from the Northern District of California to the Central District of California (Los Angeles area) to visit his cousin, Tal Levit and Mr. Levit's wife Orit Levit.  Mr. Prilik is Ordered to obtain the approval of Pretrial Services in advance of any such travel, and to provide a minimum of 72 hours advance notice of such travel to the Antitrust Division of the Justice Department and the FBI.

Dated:   5/17/10



_____
MAGISTRATE JUDGE EDWARD M. CHEN

3

Stipulation Regarding Amending the Conditions of Defendant Prilik's Pretrial Release to Permit Travel to the Central District of California and [Proposed] Order, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP (EMC)