WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES OSTERHOUDT (SBN 215537)
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Tel: (415) 664-4600
Fax: (415) 664-4691
Email: Osterhoudt@aol.com

Attorneys for Defendant,
Arie Prilik

IN THE UNITED STATE DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. CR-07-0765 MHP** |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT PRILIK'S MOTION TO PERMIT TRAVEL AND FOR BAIL MODIFICATION; [PROPOSED] ORDER** |
| MENDEL BEKER, ARIE PRILIK AND ) | |
| NEWCON INTERNATIONAL, ) | |
| Defendants. ) | |

Defendant Arie Prlik respectfully moves the Court for an Order permitting him to travel to his home in Toronto, Canada, promising to return within reasonable promptness to the Northern District of California should the Court order him to do so. On January 26, 2011, following jury trial, and at the conclusion of the government's case, the Court granted Defendants' motion for judgment of acquittal on all charges pursuant to F.R.Crim.P. 29 (a). At the request of the government, the Court allowed the prosecution one week within which to file pleadings and citations in support of the government's position that the Rule 29(a) motion should not have been

granted. Thereafter, the government timely file a memorandum supporting its position and Defendants' Prilik and Beker filed a memorandum and exhibits in support of the Court's decision to grant the Rule 29 Motion. No further Order has been issued by the Court. Under these circumstances, Defendant Prilik requests an order allowing him to return to his home and family in Toronto, Canada, until and unless notified that the Court wishes him to return to this District.[1]

Defendant Prilik further moves the Court to modify his bail conditions. Mr. Prilik has been at liberty since February 2010 on bond in the amount of $650,000. On or about February 9, 2010 Mr. Prilik posted bond in this amount by way of an Irrevocable Standby Letter of Credit (No. G197402), issued by the Toronto-Dominion Bank Global Trade Finance, located in Montreal, Quebec, Canada. Mr. Prilik has complied with all conditions of his release. The Letter of Credit was set to expire and be renewed by its express terms on February 9, 2011. However, renewal of the Letter of Credit is costly and in view of his adherence to all bail conditions to date, may be deemed unnecessary. We leave this, of course, entirely to the Court, but if the Court in its discretion agrees that security in the form of the Letter of Credit is no longer necessary to secure Mr. Prilik's appearance if and when required by the Court, we respectfully ask that the Court consider allowing Mr. Prilik to post an unsecured personal recognizance bond in the amount of the present bond, or such other amount as the Court may deem necessary and appropriate.

Counsel for Mr. Prilik has raised these matters wit the government. Government counsel has advised us that the government is not agreeable to Mr. Prilik traveling outside the country until the Court has issued a further ruling concerning the Rule 29 issues, but that the government has no objection to Mr. Prilik traveling inside the United States with proper authority and permission. Because we disagree with the government's position, we are asking that the Court consider the defendant's request that (1) he be allowed to go home until told to return; and (2) that his conditions of release be modified as requested herein.

---

[1] Defendant Michael Beker joins in this request to be allowed to return to his home in Toronto, Canada until and unless notified that the Court wishes him to return to this District. Mr. Beker will file a separate joinder.

*Defendant Prilik's Motion to Permit Travel and For Bail Modification; [Proposed] Order;* [No.CR-07-0765 MHP]

**PROPOSED ORDER PERMITTING TRAVEL
AND MODIFYING BAIL CONDITIONS**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Mr. Arie Prilik may leave the Northern District of California to return to his home in Toronto, Canada, pending further Order of the Court. Mr. Prilik shall return to the Northern District of California as quickly as is practicable upon notice to his counsel that his appearance is required.

**IT IS FURTHER ORDERED** that the conditions of Mr. Prilik's release shall be modified to permit him to execute an unsecured personal recognizance bond in the amount of $650,000 in lieu of the Standby Letter Credit in that amount presently posted with the Clerk by the Toronto-Dominion Bank Global Trade Finance. The aforementioned Letter of Credit shall be returned to the issuing bank.

DATE:__2/18/2011_____



_____
Hon.
United States District Judge

*Defendant Prilik's Motion to Permit Travel and For Bail Modification; [Proposed] Order;* [No.CR-07-0765 MHP]

3